UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 17-cr-80056-ROSENBERG

UNITED STATES OF AMERICA,

v.

DANTE DUVAIL HALL,

Defendant.
_____/

FILED BY _____SW_____ D.C.

Nov 7, 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - WPB

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
## ON SUPERVISED RELEASE VIOLATIONS

### I.   Background

The Defendant, DANTE DUVAIL HALL, appeared before the Court on November 7, 2023, for a final hearing re: revocation of supervised release on the Petition for Warrant or Summons for Offender under Supervision ("Petition") [DE 43]. At the hearing, Defendant and his counsel advised the Court that Defendant wished to admit the supervised release violations pending against him. The Court therefore engaged in a colloquy with Defendant to ensure that his admissions were knowing and voluntary.

Defendant was originally convicted in the Southern District of Florida of felon in possession of a firearm, in violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), a Class C felony. On September 19, 2017, the Honorable Robin L. Rosenberg, United States District Judge, sentenced Defendant to 77 months of imprisonment followed by three years of supervised release. Defendant's term of supervised release commenced on November 4, 2022.

Defendant is now charged with the following violations of his supervised release conditions in the Petition [DE 43]:

1

1. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 9, 2023, in Palm Beach County, Florida, Defendant did commit possession of marijuana less than 20 grams, contrary to section 893.13(6B), Florida Statutes.

2. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 9, 2023, in Palm Beach County, Florida, Defendant did commit possession of fentanyl, contrary to section 893.13(6A), Florida Statutes.

3. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 9, 2023, in Palm Beach County, Florida, Defendant did commit Driving while DL Suspended, Revoked, Canceled with Knowledge, contrary to section 322.34(2)A, Florida Statutes.

4. **Violation of Mandatory Condition**, by failing to refrain from violation of the law. On or about July 9, 2023, in Palm Beach County, Florida, Defendant did commit Felon in Possession of a Firearm, contrary to 18 U.S.C. §§ 922(g)(1) and 924(a)(2).

## II.     Summary of Hearing

At the November 7, 2023 hearing, upon questioning by the Court, Defendant stated that he was clear-headed and not under the influence of drugs, alcohol, or any controlled substance. Pursuant to Rule 32.1 of the Federal Rules of Criminal Procedure, Defendant was advised of the violations alleged against him, his right to contest the allegations, his right to appear at the hearing and present evidence, and his right to question adverse witnesses. After being advised of those rights, Defendant stated that he waived his right to a final revocation hearing.

Additionally, after being advised of his rights and the maximum penalties he is facing, Defendant waived his right to a contested revocation hearing and admitted to allegations # 1–4, as alleged in the Petition. The Court finds that Defendant made his waiver and admissions knowingly, intelligently, and voluntarily, and with the advice and assistance of competent counsel. Based on Defendant's admissions to allegations # 1–4, as well as its review of the record, the Court finds by

a preponderance of the evidence that Defendant committed allegations # 1–4 as alleged in the Petition.

### III.    Recommendation

For the foregoing reasons, it is respectfully recommended that the Honorable Robin L. Rosenberg, United States District Judge, find that Defendant has violated the terms and conditions of his supervised release as alleged in violations # 1–4 of the Petition. The Court further recommends that Judge Rosenberg schedule a sentencing hearing on allegations # 1–4.

### NOTICE OF RIGHT TO OBJECT

The parties shall have fourteen (14) days from the date of being served with a copy of this Report and Recommendation within which to file written objections, if any, with United States District Judge Robin L. Rosenberg. Failure to file objections timely shall bar the parties from a de novo determination by the District Judge of an issue covered in the Report and Recommendation and shall bar the parties from attacking on appeal unobjected-to factual and legal conclusions contained in this Report and Recommendation. *See* 28 U.S.C. § 636(b)(1); *Thomas v. Arn*, 474 U.S. 140, 149 (1985); *Henley v. Johnson*, 885 F.2d 790, 794 (11th Cir. 1989); 11th Cir. R. 3-1.

**RESPECTFULLY RECOMMENDED** in Chambers at West Palm Beach, Palm Beach County, in the Southern District of Florida, this 7th day of November, 2023.

WILLIAM MATTHEWMAN
United States Magistrate Judge